1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9    BARRY LOUIS LAMON,                          CASE NO. 1:09-cv-00484-GSA PC

10                        Plaintiff,             ORDER DENYING MOTION FOR STAY
                                                 AS PREMATURE
11           v.
                                                 (Doc. 11)
12   MAURICE JUNIOUS, et al.,

13                        Defendants.
                                              /
14

15          Plaintiff Barry Louis Lamon, a state prisoner proceeding pro se and in forma pauperis, filed

16   this civil rights action pursuant to 42 U.S.C. § 1983 on March 16, 2009.  On January 19, 2010,

17   Plaintiff filed a motion seeking to stay the scheduling order and this action for ninety days.

18          Plaintiff's motion is premature.  There is no scheduling order in effect in this case and no

19   other deadlines requiring action from Plaintiff are pending.  Plaintiff filed an amended complaint on

20   November 13, 2009, and no action will be taken in this case until the Court has screened the

21   amended complaint.  The Court has an extraordinary number of civil cases pending and will screen

22   Plaintiff 's amended complaint in due course.  Plaintiff will be notified by order when the amended

23   complaint has been screened and will be directed at that time regarding what action is required of

24   him.  If Plaintiff needs additional time to comply with the order once it is issued, he may at that time

25   file a request for an extension of time.

26   ///

27   ///

28   ///

1

1    Accordingly, Plaintiff's motion for a stay is premature, and is HEREBY DENIED on that

2  ground.

3

4

5    IT IS SO ORDERED.

6  **Dated:   January 21, 2010**            /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28