1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   BARRY LOUIS LAMON,                    CASE NO: 1:09-cv-00484-GBC (PC)

10                    Plaintiff,          ORDER DENYING PLAINTIFF'S MOTION
                                          FOR EVIDENTIARY HEARING ON
11        v.                              RELATED CASES

12   MAURICE JUNIOUS, et al.,             (Doc. 19)

13                    Defendants.
                                   /
14

15        Barry Louis Lamon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

16   in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was filed on March 16, 2009.

17   (Doc. 1).  On April 12, 2011, the magistrate judge issued an order to show cause in a different action

18   filed by Plaintiff, *Lamon v. Adams, et al.*, 1:07-cv-01390-LJO-GBC, regarding whether the action

19   should be dismissed as duplicative.  *Lamon v. Adams, et al.*, 1:07-cv-01390-LJO-GBC (Doc. 74).

20   On June 7, 2011, Plaintiff filed a motion requesting the Court for an evidentiary hearing to aid

21   Plaintiff in determining which claims among his multiple pending actions are duplicative. (Doc. 19).

22        Plaintiff seeks an evidentiary hearing to sort out the potentially duplicative claims in his civil

23   actions and he cites to 28 U.S.C. § 1651 (the All Writs Act) and Local Rule 123(a) as authority for

24   his motion.  The All Writs Act authorizes the issuance of extraordinary writs in aid of the issuing

25   court's jurisdiction.  *Clinton v. Goldsmith*, 526 U.S. 529, 534, 119 S.Ct. 1538 (1999) (quotations

26   omitted).  Plaintiff's reliance on the All Writs Act in support of his request for an evidentiary hearing

27   is misplaced and his citation to the Act is disregarded.  The matter of res judicata was addressed in

28   a different action and is not currently an issue in this action since the Court has yet to screen the

action pursuant to 28 U.S.C. § 1915A(a).  Additionally, it is the duty of the Plaintiff to keep records regarding his multiple pending actions and to ensure against filing duplicative claims and there is no provision that entitles Plaintiff to a general evidentiary hearing to address the issue of duplicative claims in his pending actions.  Accordingly, Plaintiff's motion is HEREBY DENIED.


IT IS SO ORDERED.

Dated:     October 13, 2011

_____
UNITED STATES MAGISTRATE JUDGE