# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON, | CASE NO. 1:09-cv-00484-SAB (PC) |
|     Plaintiff, | ORDER DENYING MOTION FOR WITHDRAWAL OF CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE |
|     v. | |
| MAURICE JUNIOUS, et al., | (ECF No. 34) |
|     Defendants. | |

Plaintiff Barry Louis Lamon is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 22, 2011, the Court dismissed Plaintiff's complaint for failure to state a claim. (ECF No. 23.) On January 17, 2013, the Ninth Circuit Court of Appeals reversed the dismissal and found claims against Defendants Maguass, Talisman, Barda, Cohen, and Osborne for retaliation in violation of the First Amendment. (ECF No. 31.) On February 6, 2013, Plaintiff filed a motion and notice of withdrawal of consent to proceed before Magistrate Judge. (ECF No. 34.)

Plaintiff consented to United States Magistrate Judge jurisdiction on March 26, 2009. (ECF No. 5.) Therefore, this action was assigned a judge pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California. Plaintiff did not exercise his right to request reassignment to a district judge at the initiation of this action. Appendix A(k)(3). Once a party is referred to a magistrate judge, the reference can be withdrawn by the Court only for "good cause shown on its own motion, or under extraordinary circumstances shown by any party." 28 U.S.C. 636(c)(4); accord, Dixon v. Ylst, 990 F.2d 478, 480 (9th Cir. 1993). Plaintiff's motion provides no basis for the

withdrawal of his earlier consent.

Accordingly, for a lack of good cause or extraordinary circumstances, Plaintiff's motion for withdrawal of consent to proceed before Magistrate Judge is hereby DENIED.


IT IS SO ORDERED.

Dated: **February 7, 2013**               **/s/ Stanley A. Boone**
UNITED STATES MAGISTRATE JUDGE