# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAURICE JUNIOUS, et al.,<br><br>　　　　　Defendants. | Case No. 1:09-cv-00484-SAB (PC)<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR COURT'S ASSISTANCE IN SERVING SUMMONS AND COMPLAINT<br><br>(ECF No. 65) |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 4, 2013, Plaintiff filed a motion for the Court's assistance in serving Defendants Cohen and Talisman. Defendant Talisman returned a waiver of service on May 14, 2013, and has entered an appearance in this action. However, the summons for Defendant Cohen was returned unexecuted on July 18, 2013. Accordingly, the Court shall grant in part and deny in part Plaintiff's motion. The Court shall order service on Defendant Cohen by separate order.

　　　　IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's motion for service on Defendant Talisman is DENIED as moot; and

　　　　2.　　Plaintiff's motion for service on Defendant Cohen is GRANTED.

IT IS SO ORDERED.

Dated: **September 5, 2013**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1