-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>　　　　　Plaintiff<br><br>　　　v.<br><br>MAURICE JUNIOUS, et al.,<br><br>　　　　　Defendants | CASE NO. 1:09-CV-484 AWI SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Doc. Nos. 43, 69, 74) |

　　　Plaintiff Barry Lamon is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 10, 2013, Defendants filed a motion to revoke Plaintiff's in forma pauperis status.  See Doc. Nos. 43.

　　　The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On September 11, 2013, Plaintiff filed a motion to file a surreply to the motion to revoke.  See Doc. No. 69.  On January 27, 2014, the Magistrate Judge filed a Findings and Recommendations (F&&R) that recommended denying Defendants' motion. See Doc. No. 74.  The F&R, which was served on Plaintiff, contained notice that Objections to the F&R were to be filed within thirty days.  Despite the recommendation, Plaintiff filed an objection. See Doc. Nos. 77, 78.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds that the F&R to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on January 27, 2014, (Doc. No. 74) is adopted in full;
2. Defendant's motion to revoke (Doc. No. 43) is DENIED; and
3. Plaintiff's motions to file a surreply (Doc. No. 69) is DENIED.

IT IS SO ORDERED.

Dated:   March 5, 2014

SENIOR  DISTRICT  JUDGE