# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>    Plaintiff,<br><br>    v.<br><br>MAURICE JUNIOUS, et al.,<br><br>    Defendants. | Case No.: 1:09-cv-00484-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO EXTEND DISCOVERY AND DISPOSITIVE MOTION FILING DEADLINES<br><br>[ECF No. 104] |

Plaintiff Barry Louis Lamon is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Now pending before the Court is Plaintiff's request to amend the scheduling order to provide the parties an additional forty-five days to conduct discovery and file a dispositive motion, filed October 1, 2014. Pursuant to Local Rule 230(l), Defendants had twenty-one (21) days after service of the motion to file an opposition. Although no opposition has been filed, for the reasons explained below, Plaintiff has failed to demonstrate good cause for modification of the scheduling order.

Modification of the pretrial scheduling order requires a showing of good cause. Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992)). "If

the party seeking the modification 'was not diligent, the inquiry should end' and the motion to modify should not be granted." Id.

On April 15, 2014, an amended discovery and scheduling order was issued in this case setting the deadline for discovery as December 15, 2014, and the deadline to file dispositive motions as February 16, 2015.

In the instant motion, Plaintiff fails to demonstrate good cause to justify amendment of the scheduling order to extend the discovery and dispositive motions deadlines by an additional forty-five days. Plaintiff's only basis is that he has yet to complete discovery and a motion to dismiss Defendant Cohen for failure to effectuate proper service of process is pending. Such conclusory allegations are insufficient, at this juncture, to warrant extension of the discovery and dispositive motions deadlines set in this case, which have yet to expire.

Accordingly, Plaintiff's request to extend the discovery and dispositive motion deadlines is DENIED.

IT IS SO ORDERED.

Dated:   **November 6, 2014**

UNITED STATES MAGISTRATE JUDGE