UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAURICE JUNIOUS, et al.,<br><br>　　　　　Defendants. | Case No.: 1:09-cv-00484-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT COHEN'S MOTION TO QUASH SERVICE OF SUMMONS, AND GRANTING PLAINTIFF THIRTY DAYS TO PROVIDE FURTHER INFORMATION FOR SERVICE OF DEFENDANT COHEN<br><br>[ECF Nos. 103, 109] |

　　　Plaintiff Barry Louis Lamon is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On November 12, 2014, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that Objections to the Findings and Recommendations were to be filed within ten days.  No Objections were filed.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on November 12, 2014, is adopted in full; and

2. Defendant Doctor Cohen's motion to quash service of the summons and amended complaint is GRANTED; and

3. Within thirty (30) days from the date of service of this order, Plaintiff is granted the opportunity to provide further information for service of the summons and complaint on Defendant Doctor Cohen.

IT IS SO ORDERED.

Dated:   December 23, 2014                               _____
                                                         SENIOR DISTRICT JUDGE

2