1
2
3
4
5
6
7

8                      **UNITED STATES DISTRICT COURT**

9                      **EASTERN DISTRICT OF CALIFORNIA**

10

11    BARRY LOUIS LAMON,                     )    Case No.: 1:09-cv-00484-AWI-SAB (PC)
                                             )
12              Plaintiff,                   )
                                             )    ORDER DISMISSING DEFENDANT COHEN
13          v.                               )    PURSUANT TO PLAINTIFF'S REQUEST FOR
                                             )    VOLUNTARY DISMISSAL
14    MAURICE JUNIOUS, et al.,               )
                                             )    [ECF No. 117]
15              Defendants.                  )
                                             )
16    _____        )

17          Plaintiff Barry Louis Lamon is appearing pro se and in forma pauperis in this civil rights action

18    pursuant to 42 U.S.C. § 1983.

19          Now pending before the Court is Plaintiff's motion to voluntarily dismiss this action against

20    Defendant Cohen, filed February 5, 2015.  (ECF No. 117.)

21          Previously, this Court granted Defendant Cohen's motion to quash service of the summons and

22    complaint, by and through special appearance by the Office of the Attorney General.  (ECF Nos. 109,

23    115.)  Plaintiff was granted thirty days from December 23, 2014, to provide further information for

24    service of the summons and complaint on Defendant Doctor Cohen.  (ECF No. 115.)

25          Because Defendant Cohen has not filed an answer or a motion for summary judgment, Plaintiff

26    has the absolute right to dismiss him from this action and the Court will direct the Clerk's Office to

27    terminate him as a party.  Fed. R. Civ. P. 41(a)(1)(A)(i); <u>Pedrina v. Chun</u>, 987 F.2d 608, 609-610 (9th

28    Cir. 1993).

                                                1

Based on the foregoing, IT IS HEREBY ORDERED that:

1.      Defendant Cohen is DISMISSED from the action, without prejudice; and

2.      The Clerk of Court is directed to terminate Defendant Cohen as a party in this action.

IT IS SO ORDERED.

Dated:   February 18, 2015                        _____

                                                 SENIOR  DISTRICT  JUDGE