UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAURICE JUNIOUS, et al.,<br><br>　　　　　Defendants. | Case No.: 1:09-cv-00484-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COPY OF DOCKET SHEET IN THIS CASE AND DIRECTING CLERK OF COURT TO PROVIDE PLAINTIFF WITH A COPY OF THE DOCKET SHEET IN THIS CASE<br><br>[ECF No. 153] |

　　　　On September 28, 2015, judgment was entered in favor of Defendants and against Plaintiff in this civil rights action filed pursuant to 42 U.S.C. § 1983. (ECF Nos. 148, 149.)

　　　　Plaintiff filed a notice of appeal on October 19, 2015. (ECF No. 150.)

　　　　On November 4, 2015, Plaintiff filed a motion for a copy of the docket sheet in this case. (ECF No. 153.)

　　　　Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to the parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent plaintiff except by order of the judge. Nevertheless, in the interest of justice the Court will make a one-time exception and

1 provide Plaintiff with a free copy of docket sheet in this case.  Accordingly, it is HEREBY
2 ORDERED that the Clerk of Court provide Plaintiff with a copy of the docket sheet in this case.

4 IT IS SO ORDERED.

5 Dated:   **November 6, 2015**

6 UNITED STATES MAGISTRATE JUDGE